# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CSM CORPORATION, | Court File No. 18-cv-02278 (SRN/HB) |
| Plaintiff, | Judge Susan Richard Nelson |
| v. | |
| HRI LODGING, LLC; HRI PROPERTIES, INC.; HRI PROPERTIES, LLC d/b/a HRI PROPERITES; URBAN MINNEAPOLIS PLYMOUTH BUILDING, LLC; URBAN MINNEAPOLIS PLYMOUTH TENANT, LLC; AND HISTORIC RESTORATION, INC. | **Plaintiff CSM Corporation's Rule 7.1 Corporate Disclosure Statement** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CSM Corporation states that CSM Corporation is a subsidiary of Portland Management, Inc. and no publicly held corporation owns 10% or more of its stock.

Dated: October 11, 2018 **MADEL PA**

By: <u>*/s/ Todd L. Hennen*</u>
Christopher W. Madel (230297)
Todd L. Hennen (398710)
800 Hennepin Ave., 800 Pence Bldg.
Minneapolis, MN 55403
Phone: (612) 605–0630
Fax: (612) 326–9990
cmadel@madellaw.com
thennen@madellaw.com

*Attorneys for Plaintiff CSM Corporation*